IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03467-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

SEAN SCOTT,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2014.**

    Plaintiff's Unopposed Motion for Leave to Appear Telephonically at the Scheduling Conference set for June 20, 2014 [filed June 6, 2014; docket # 24] is **granted**. Plaintiff's counsel shall contact Chambers at 303-844-4507 at 10:00 a.m. on June 20, 2014 to appear by telephone. Lawyers appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the Court's April 14, 2014 minute order [docket # 16].